Louis J. Hertel, appellee, v. Sarah A. Rebhan, appellant. George McCormick and Floyd Martin, appellees.

Heard in this court at the February term, 1935. Opinion filed June 8, 1935. Rehearing denied September 5, 1935.

W. E. Knowles, for appellant. Farmer, Klingel & Baltz, for appellee Louis J. Hertel.

Mr. Justice Murphy delivered the opinion of the court.